IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SAINT JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 17-06001-01-CR-SJ-GAF |
| | ) | |
| RYAN A. RUCKMAN, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE:** Defendant is charged in an eight count Indictment with loan application fraud pursuant to 18 U.S.C. § 1014. It is alleged that between March of 2008 and April of 2010, defendant made false statements for the purpose of influencing the Federal Crop Insurance Corporation (FCIC) and Great American Insurance Group (GAIG), a company the FCIC reinsures, and the Farm Service Agency (FSA), a successor agency of the Farmer Home Administration, to make improper distribution or benefit payments to Case Ruckman which Case Ruckman was not entitled to receive.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Gregg Coonrod and Rudolph Rhodes
    Case Agent: Department of Agriculture Special Agent Brad Meyers
    Defense: Kenneth Hensley

**OUTSTANDING MOTIONS**:

| 08/01/2017 | 11 | NOTICE of filing *Gov't Notice of Intent to Offer Prior Bad Acts Pursuant to Fed.R.Evid. 404(B)* by USA as to Ryan A Ruckman (Coonrod, Gregg) (Entered: 08/01/2017) |
|---|---|---|
| 08/07/2017 | 16 | OBJECTION to notice by Ryan A Ruckman Defendant's Response in Opposition to Government's Notice of Intent to Offer Evidence Pursuant to Rule 404 (b) (Hensley, Kenneth) (Entered: 08/07/2017) |
| 08/09/2017 | 21 | NOTICE of filing Government's Motion Regarding Use of Summary Charts and Powerpoint Presentation by USA as to Ryan A Ruckman (Attachments: # 1 Exhibit 96, # 2 Exhibit 97, # 3 Exhibit 98, # 4 Exhibit 99, # 5 Exhibit 100, # 6 Exhibit 101, # 7 Exhibit 102, # 8 Exhibit 103, # 9 Exhibit 104, # 10 Exhibit 105, # 11 Exhibit 106, # 12 Exhibit |

<span style="color:red">The parties anticipate working out any issues regarding summary exhibits and power point presentations.</span>

| | | 107)(Coonrod, Gregg) (Entered: 08/09/2017) |

**TRIAL WITNESSES**:
    Government:   9 witnesses with stipulations
    Defendants:  6 witnesses including possibly the defendant
**TRIAL EXHIBITS**
    Government:  170 exhibits
    Defendant:   16 exhibits

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME:**   **4-5 days**
    Government's case including jury selection:  3 days
    Defense case: 1 day

**STIPULATIONS**: The parties have agreed in writing to stipulations concerning the foundation requirements of certain business records.

**UNUSUAL QUESTIONS OF LAW:**  None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: (exhibit list filed 8/4/17, witness list 8/8/17) **no later than thirty days prior to trial**
    Defense: (exhibit list filed 8/3/17, witness list 8/9/17) **no later than thirty days prior to trial**
    **Amendments to previously filed witness and exhibit lists**
    No later than August 16

    Counsel are requested to list witnesses in alphabetical order on their witness list.

    **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, August 16, 2017.**
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motions in Limine:** None anticipated

**TRIAL SETTING**: Criminal jury trial docket set for August 21, 2017.

    **Please note: The parties request the first week of the trial docket as one government counsel is unavailable the second week of the docket.**

**IT IS SO ORDERED.**

/s/ Sarah W. Hays
_____
SARAH W. HAYS
United States Magistrate Judge